UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                              21. mj. 00079

JACK JESSE GRIFFITH

NOTICE OF APPEARANCE

H. Heather Shaner, appointed by the Court, enters her appearance on behalf of defendant.

Respectfully submitted,

/hhs/

_____
H. Heather Shaner  #273276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com