# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Mag. No. 21-MJ-00079** |
| v.   ) | **U.S.M.J. Meriweather** |
| ) | **Prelim. Hearing 2/9/21** |
| **JACK JESSE GRIFFITH** ) | |

## GOVERNMENT'S CONSENT MOTION TO CONVERT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to convert the preliminary hearing scheduled for February 9, 2021 at 2:00 p.m. to a status hearing upon joint motion of the parties. The defense has agreed to waive the preliminary hearing in this case. The parties also request that the hearing be moved to 3:30 or later on February 9, 2021 or alternatively to a different date.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:     /s/ Jamie Carter
JAMIE CARTER
DC Bar No. 1027970
U.S. Attorney's Office
555 4th Street, N.W., 3rd Floor
Washington, D.C. 20530
Jamie.Carter@usdoj.gov
Tel: (202) 252-6741